IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT WILLIAM AVERY                                                                           PLAINTIFF

v.                            Civil No. 08-5091

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
CORPORAL DUSTIN CARLTON; and
EX-SERGEANT CHARLES TOMLIN                                                                DEFENDANTS

## ORDER

On July 8, 2008, the plaintiff filed a motion for jury trial (Doc. 7). Defendants filed their answer on July 2nd (Doc. 6). The motion for jury trial (Doc. 7) was therefore timely in accordance with the provisions of Rule 38(b) of the Federal Rules of Civil Procedure. The motion (Doc. 7) is granted. **The clerk is directed to note on the docket sheet that the plaintiff has made a timely demand for a jury trial.**

IT IS SO ORDERED this 11th day of September 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)