IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT WILLIAM AVERY                                          PLAINTIFF

        v.              Civil No. 08-5091

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
CORPORAL DUSTIN CARLTON;
EX-SERGEANT CHARLES TOMLIN;
and SGT. CULOTTA                                            DEFENDANTS

### O R D E R

Now on this 2nd day of December, 2010, comes on for consideration plaintiff's motion to dismiss defendants Corporal Dustin Carlton and Sgt. Culotta (document #87) and the **Report And Recommendation Of The Magistrate Judge** (document #88), recommending that said motion be granted. There being no objection, the Court finds that the **Report And Recommendation Of The Magistrate Judge** (document #88) should be, and same hereby is, **adopted** *in toto*.

The Court further finds that plaintiff's motion to dismiss defendants Corporal Dustin Carlton and Sgt. Culotta (document #87) should be, and same hereby is, **granted**, and plaintiff's claims against defendants Corporal Dustin Carlton and Sgt. Culotta (document #87) are hereby **dismissed**.

    **IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE