AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| Robert William Avery | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 08-5091 |
| Capt. Hunter Petray and Charles Tomlin | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Judgment is entered in favor of the Defendants, Capt. Hunter Petray and Charles Tomlin, and against the Plaintiff, Robert William Avery.

This action was *(check one)*:

☑ tried by a jury with Judge  Jimm Larry Hendren  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  12/14/2010

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk